## WHARTON v POLLOCK et

Ohio Appeals, 5th Dist, Ashland Co

Decided Nov 15, 1935

J. L. Mason, Ashland, for plaintiff in error.

Devor & Devor, Ashland, for defendant in error.

For full opinion see 3 OO 311; 49 Oh Ap 443.